UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENDALL FURLOW,

    Petitioner,

v.                                        CASE NO. 6:05-cv-1193-Orl-19KRS
                                             (6:04-cr-41-Orl-19KRS)

UNITED STATES OF AMERICA

    Respondent.
_____

**ORDER**

      Petitioner filed a typed motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255. Rule 2(b) of The Rules Governing Section 2255 Cases in United States Courts requires that the form of the motion be substantially in the form approved by the Judicial Conference of the United States. Although the instrument filed by Petitioner neatly typed and otherwise legible, the pleading does not comply with Rule 2(b). Petitioner shall use the standard pre-printed form to assert all claims. If Petitioner wishes to submit a separate memorandum of law in support of such claims, he may do so with the time period set forth below. However, any memorandum of law must comply with the dictates of the Local Rules, including the page limitation set forth in Local Rule 3.01(c).

      **THEREFORE, IT IS ORDERED THAT:**

      (a) Not later than eleven (11) days from the date of this Order, Petitioner shall refile his motion on the form provided as an attachment to this Order by the Clerk. Petitioner shall also provide the Clerk with one (1) additional copy of the revised motion for the Government.

(b) This case will be dismissed without further notice if Petitioner fails to file the amended motion within this time period.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 29th day of August, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 8/29
Kendall Furlow
Counsel of Record