UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENDALL FURLOW,

        Petitioner,

-vs-                                                 Case No. 6:05-cv-1193-Orl-19KRS
                                        (Criminal Case No.: 6:04-cr-41-Orl-19KRS)

UNITED STATES OF AMERICA,

        Respondent.
_____

**ORDER**

This case is before the Court on the following matters:

1.      Petitioner filed a second amended motion to vacate, set aside, or correct an allegedly illegal sentence (Doc. No. 8) and accompanying memorandum of law (Doc. No. 9) pursuant to 28 U.S.C. § 2255. Upon consideration of the motion and in accordance with the *Rules Governing Section 2255 Cases in the United States District Courts*, it is **ORDERED** as follows:

(a)      The Government shall, within forty-five (45) days from the date of this Order, file a response indicating why the relief sought in the motion should not be granted.

(b)      As part of the initial pleading required by paragraph (a) of this Order, the Government shall also:

      (1)      State whether Petitioner has used any other available federal remedies including any prior post-conviction motions and, if so, whether an evidentiary hearing was accorded to the movant in any federal court;

  (2)  Procure transcripts and/or narrative summaries in accordance with Rule 5(b) of the *Rules Governing Section 2255 Cases in the United States District Courts* and file them concurrently with the initial pleading.

  (3)  Summarize the results of any direct appellate relief sought by Petitioner to include citation references and copies of appellant and appellee briefs from every appellate proceeding.[1]

  (4)  Provide a detailed explanation of whether the motion was or was not filed within the one-year limitation period set forth in 28 U.S.C. § 2255.

  (c)  Henceforth, Petitioner shall mail one copy of every pleading, exhibit and/or correspondence, along with a certificate of service indicating the date an accurate copy was mailed, to the Government listed in the bottom of this Order. **Should Petitioner fail to include the required certificate of service the Clerk of this Court is directed to reject the document for filing and return the document without action.**

  (d)  Petitioner shall advise the Court of any change of address. Failure to do so will result in the case being dismissed for failure to prosecute.

  2.  The motion to vacate, set aside, or correct an illegal sentence pursuant to 28 U.S.C. § 2255 (Criminal Case Doc. No. 64, filed August 15, 2005) pending in case number

---

[1] The Government shall also indicate whether each claim was raised on direct appeal. If any of the claims were not raised on direct appeal, the Government shall indicate whether it waives the defense concerning the failure to raise the claim on direct appeal. *See Cross v. United States*, 893 F.2d 1287, 1289 (11th Cir.), *cert. denied*, 514 U.S. 1112 (1990). If any of the claims were raised on direct appeal, the Government shall indicate whether it waives the defense concerning the relitigation of claims that were previously raised and disposed of on direct appeal. *See United States v. Rowan*, 663 F.2d 1034, 1035 (11th Cir. 1981).

6:04-cr-41-Orl-19KRS is **DENIED** as moot, and the Clerk of the Court is directed to terminate the motion.

3. Petitioner's amended section 2255 motion (Doc. No. 6, filed August 31, 2005) is **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this __15th___ day of November, 2005.

*Patricia C. Fawsett* (signature)
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 11/14

Office of the United States Attorney
501 W. Church Street, Suite 300
Orlando, Florida 32805

Kendall Furlow